# LAW OFFICE OF DARRYN G. SOLOTOFF
**ATTORNEYS AT LAW**

100 Quentin Roosevelt Boulevard
Suite 208
Garden City, New York 11530
T 516-695-0052
F 516-706-4692

---

**VIA MAIL and ECF**

October 2, 2019

18 Fools LLC d/b/a The Liberty NYC
29 West 35th Street
New York, New York 10001

> **Re:**   **Mary Connor v 18 Fool LLC**
> **Case No.: 1:19-cv-03915-BMC**

Dear Sir/Madam:

This firm is counsel to Plaintiff Mary Connors in the above-referenced matter. Per the Court's directives, enclosed please find a copy of the full docket and status report order.

Please be advised that your time to answer must be done by **October 7, 2019**. Should you fail to timely response to Plaintiff's complaint, we will be timely filing a certificate of default by **October 30, 2019** per the attached (status report order).

Thank you for your attention to this matter.

Respectfully submitted,
/s/
Darryn G. Solotoff, Esq

DS: sfg
Enclosures

## AFFIRMATION OF MAILING

DARRYN SOLOTOFF, being duly sworn, deposes and says:

I am an attorney duly admitted to practice law before the Courts of the State of New York. I am not a party to this action and am over 18 years of age.

That on the 2nd day of October, 2019, deponent served the within: **Default letter, Status Report Order and Copy of Full Docket** upon:

> 18 Fools LLC d/b/a The Liberty NYC
> 29 West 35th Street
> New York, New York 10001

The address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:19-cv-03915-DLI-VMS Connor v. 18 Fools LLC Status Report Order |
| **Date:** | Monday, September 30, 2019 1:36:05 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/30/2019 at 1:34 PM EDT and filed on 9/30/2019
**Case Name:**      Connor v. 18 Fools LLC
**Case Number:**   1:19-cv-03915-DLI-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**STATUS REPORT ORDER: The Defendant has failed to timely answer or otherwise respond to the Complaint. Defendant must answer by 10/7/2019. If Defendant fails to answer, Plaintiff must request a Certificate of Default in accordance with FRCP 55 and Local Civil Rule 55.1 by 10/30/2019. Plaintiff is to mail a copy of this Order and the full docket to the Defendant, and Plaintiff's counsel must file an affidavit of service by 10/2/2019. Ordered by Magistrate Judge Vera M. Scanlon on 9/30/2019. (Quinlan, Krista)**

**1:19-cv-03915-DLI-VMS Notice has been electronically mailed to:**

Darryn G Solotoff     ds@lawsolo.net

**1:19-cv-03915-DLI-VMS Notice will not be electronically mailed to:**

Case 1:19-cv-03915-DLI-VMS   Document 7   Filed 10/02/19   Page 4 of 5 PageID #: 37

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:19-cv-03915-DLI-VMS

Connor v. 18 Fools LLC
Assigned to: Chief Judge Dora Lizette Irizarry
Referred to: Magistrate Judge Vera M. Scanlon
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 07/08/2019
Jury Demand: None
Nature of Suit: 446 Civil Rights: Americans with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**Mary Connor**

represented by **Darryn G Solotoff**
Law Office of Darryn G Solotoff PLLC
NY
100 Quentin Roosevelt Boulevard
Ste 280
Garden City, NY 11530
516-317-2453
Fax: 516-706-4692
Email: ds@lawsolo.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**18 Fools LLC**
*doing business as*
The Liberty NYC

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2019 | 1 | COMPLAINT */SUMMONS* against All Defendants filing fee $ 400, receipt number ANYEDC-11639065 Was the Disclosure Statement on Civil Cover Sheet completed -yes,, filed by Mary Connor. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Solotoff, Darryn) (Entered: 07/08/2019) |
| 07/09/2019 | | Notice: Re: Incomplete Civil Cover Sheet. The Clerk's Office cannot assign this case without a completed Civil Cover Sheet. All questions *** INCLUDING the CERTIFICATION OF ARBITRATION ELIGIBILITY*** section on the second page needs to be answered. Please resubmit corrected Civil Cover Sheet. This event can be found under the event Other Documents - Proposed Summons/Civil Cover Sheet. (Bowens, Priscilla) (Entered: 07/09/2019) |
| 07/18/2019 | 2 | Civil Cover Sheet.. Re 1 Complaint, by Mary Connor (Solotoff, Darryn) (Entered: 07/18/2019) |
| 07/18/2019 | | Case assigned to Chief Judge Dora Lizette Irizarry and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 07/19/2019) |

| 07/18/2019 | [3](#) | Summons Issued as to 18 Fools LLC. (Bowens, Priscilla) (Entered: 07/19/2019) |
|---|---|---|
| 07/19/2019 | [4](#) | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Bowens, Priscilla) (Entered: 07/19/2019) |
| 07/19/2019 | [5](#) | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 07/19/2019) |
| 08/13/2019 | [6](#) | SUMMONS Returned Executed by Mary Connor. Party 18 Fools LLC served on 8/5/2019; answer due on 8/26/2019. (Solotoff, Darryn). (Modified on 8/15/2019 to add named deft., date of service and answer due date). (Layne, Monique). (Entered: 08/13/2019) |
| 09/30/2019 | | STATUS REPORT ORDER: The Defendant has failed to timely answer or otherwise respond to the Complaint. Defendant must answer by 10/7/2019. If Defendant fails to answer, Plaintiff must request a Certificate of Default in accordance with FRCP 55 and Local Civil Rule 55.1 by 10/30/2019. Plaintiff is to mail a copy of this Order and the full docket to the Defendant, and Plaintiff's counsel must file an affidavit of service by 10/2/2019. Ordered by Magistrate Judge Vera M. Scanlon on 9/30/2019. (Quinlan, Krista) (Entered: 09/30/2019) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/02/2019 13:40:01 | | |
| **PACER Login:** | dsolotoff | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-03915-DLI-VMS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |